IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )       8:07CV219
                               )
     v.                        )
                               )
SEVEN FIREARMS MORE            )       ORDER
PARTICULARLY DESCRIBED AS      )
FOLLOWS:  Mosberg Model 88,    )
12 gauge shotgun, serial       )
number MV55134F; Ruger, Model  )
77, .280 cal. rifle, serial    )
number 773-27504; Marlin,      )
Model MR7, .270 cal. rifle,    )
serial number 03000055;        )
Savage, Model 10, .223 cal.    )
rifle, serial number F866920;  )
Savage, Model 110, 7 mm rifle, )
serial number F406236;         )
Remington Arms, Model 1903,    )
rifle, serial number 3131190   )
and Mauser, Model Unknown,     )
.762 cal. rifle, serial        )
number unknown,                )
                               )
          Defendants.          )
_____ )
```

This matter is before the Court on plaintiff's motion for publication (Filing No. 4). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; the United States is directed to publish notice of this action and/or the

arrest of the defendant property in accordance with the provisions of the motion.

DATED this 8th day of June, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court